**Electronically Filed
Supreme Court
SCWC-18-0000876
04-SEP-2024
08:39 AM
Dkt. 32 ODAC**

SCWC-18-0000876

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, by its Attorney General,
Respondent and Petitioner/Plaintiff-Counterclaim
Defendant-Appellee,

vs.

DON HOWARD WILLIAMS, JR.,
TRUSTEE OF THE WILLIAMS OPPORTUNITY TRUST,
Petitioner and Respondent/Defendant-Counterclaimant-Appellant,

and

AMERUS LIFE INSURANCE COMPANY, an Iowa corporation,
Respondent/Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000876; CASE NO. 2CC131000724)

<u>ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Don Howard Williams, Jr., Trustee of the

Williams Opportunity Trust's Application for Writ of Certiorari,

filed on July 8, 2024, and Petitioner State of Hawaiʻi's

Application for Writ of Certiorari filed on July 8, 2024, are hereby rejected.

DATED: Honolulu, Hawaiʻi, September 4, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens